# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

_____

**JENNIFER CATHRYN YARDLEY**,
individually, and on behalf of other
similarly situated,

    Plaintiff,

                            **No. 1:22-cv-00070-MHC**

    v.

**UNITED PARCEL SERVICE, INC.**,
An Ohio Corporation                         FLSA Collective Action
                                                        **JURY TRIAL DEMANDED**

    Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

       Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i), Plaintiff notices the dismissal of this matter without prejudice.

Respectfully Submitted,

|  |  |
|---|---|
|  | *By:  /s/ John Mays* |
| **PARKS CHESIN & WALBERT, P.C.** | A. Lee Parks, Jr. |
| 75 Fourteenth Street, 26th Floor | Georgia Bar No. 563750 |
| Atlanta, Georgia 30309 | John L. Mays |
| Tel: (404) 873-8000 | Georgia Bar No. 986574 |
| lparks@pcwlawfirm.com |  |
| jmays@pcwlawfirm.com |  |

1

**&**

| | |
|---|---|
| **JACKSON, SHIELDS, YEISER HOLT, OWEN & BRYANT** | */s/ Robert E. Morelli, III* <br> *J. Russ Bryant |
| Attorneys at Law | TN BPR #33830 |
| 262 German Oak Drive | *Robert E. Morelli, III |
| Memphis, Tennessee 38018 | TN BPR #37004 |
| Tel: (901) 754-8001 | *application for admission *pro hac vice* forthcoming |
| Fax: (901) 759-1745 | |
| rbryant@jsyc.com | *Attorneys for Named Plaintiff and* |
| rmorelli@jsyc.com | *the Collective Action Members* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Robert E. Morelli, III*